IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 16–05–H–DLC–2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CORDERO ROBERT METZKER, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on July 19, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Cordero Robert Metzker's guilty plea after Metzker appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiring to

1

possess with the intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 as set forth in Count I of the Superseding Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II through IV of the Superseding Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 105), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Cordero Robert Metzker's motion to change plea (Doc. 64) is GRANTED and Cordero Robert Metzker is adjudged guilty as charged in Count I of the Superseding Indictment.

DATED this 5th day of August, 2016.

Dana L. Christensen, Chief District Judge
United States District Court